**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARVIN RICHARDSON,**                                                      **PETITIONER**

**V.**                                                             **NO. 4:06CV24-P-B**

**CHRISTOPHER EPPS, ET AL,**                                          **RESPONDENTS**

### ORDER DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT

Petitioner has moved for entry of default, in that the respondents failed to plead or otherwise defend in response to the petition. On March 20, 2006, the respondents moved for additional time to file a response to the petition. The motion contained sufficient grounds and was granted on March 23, 2006. Petitioner's motion for entry of default is without merit and is hereby **denied**.

**SO ORDERED**, this the 19th day of April, 2006.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE