# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARVIN RICHARDSON,**                                           **PETITIONER**

**V.**                                                   **NO. 4:06CV024-P-B**

**CHRISTOPHER EPPS, et al.,**                                **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 22nd day of June, 2007.

                                              /s/ W. Allen Pepper, Jr.
                                              W. ALLEN PEPPER, JR.
                                              UNITED STATES DISTRICT JUDGE